No. 01–7164.  VILLARREAL-FLORES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7165.  ZUL-ALCANTARA v. UNITED STATES; MORALES-RAZO v. UNITED STATES; and PEREZ-PALOMARES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 273 F. 3d 1100 (second judgment), 1101 (third judgment), and 1102 (first judgment).

No. 01–7166.  YOUNG v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7172.  AGUSTO HERNANDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7174.  GLEASON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–7179.  SANFORD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7180.  SIMMONDS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7182.  HIEU TRUNG TRAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7185.  LUCAS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7187.  CUEVAS-AQUINO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–7188.  CAMPBELL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–7190.  IGNACIO LAZO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7191.  JOHNSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7194.  OSIRIS PINEDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7195.  OPARA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.